IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RAY M. FIELDS,**

      Plaintiff,

v.                                      CASE NO.  4:13-cv-168-MW/CAS

**CAROLYN W. COLVIN,**
**Acting Commissioner, Social**
**Security Administration,**

      Defendant.

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND**
**RECOMMENDATION**

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.17, filed February 5, 2014.   Upon consideration, no objections having been filed,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The clerk must enter judgment stating, "The Commissioner's decision determining that the claimant is not disabled is **REVERSED**.  The Case is **REMANDED** to the Commissioner for further proceedings consistent with the

1

report and recommendation." The Clerk shall close the file.

**SO ORDERED on March 11, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**
